## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**LISA FLOYD ETIENNE,**
*As Guardian and Conservator of Cory Etienne, Ward*     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 1:20-cv-229-TBM-RPM**

**WARTSILA NORTH AMERICA, INC.;**
**ERIC RAMON JAMES;**
**VANGUARD RISK MANAGEMENT, LLC;**
**ENERSENSE INTERNATIONAL OYJ;**
**CRUM & FORSTER SPECIALTY INSURANCE COMPANY;**
**WARTSILA PROJECTS OY; WARTSILA FINALND OY;**     **DEFENDANTS**

### ORDER

The parties have agreed to, and announced to the Court, a settlement in this case. Pursuant to the settlement the parties have agreed that Defendants, Wartsila North America, Inc., Wartsila Projects OY, Wartsila Finland OY, Eric Ramon James, Enersense International OYJ, and Crum & Forster Specialty Insurance Company should be dismissed from this matter. The Court, being fully advised, finds that dismissal of the above-named Defendants is appropriate.

Accordingly, because the above-named Defendants are no longer parties in this matter, the pending Motions for Summary Judgment [193], [248], [250], [261], and the Motions to Exclude Expert Opinions [252] and [257] filed by those Defendants are now MOOT.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants Wartsila North America, Inc., Wartsila Projects OY, Wartsila Finland OY, Eric Ramon James, Enersense International OYJ, and Crum & Forster Specialty Insurance Company, are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendants' Motions for Summary Judgment [193], [248], [250], and [261] are MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendants' Motions to Exclude Expert Opinions [252] and [257] are MOOT.

This the 25th day of June, 2024.

                                                   TAYLOR B. McNEEL
                                                   UNITED STATES DISTRICT JUDGE